IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND WILLIAMS,  )<br>  )<br>    Petitioner,  )<br>  )<br>v.  )<br>  )<br>RICHARD KEARNEY,  )<br>Warden, and CARL C.  )<br>DANBERG, Attorney  )<br>General of the State of  )<br>Delaware,  )<br>  )<br>    Respondents.  ) | Civil Action No. 06-142-GMS  |

**AEDPA ELECTION FORM**

1. __✓__   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

          petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____*Roland William*_____
Petitioner

I/M: Roland Williams  BLDG: MSB-SCU D 1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  484319
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
APR 11 06
1866 7982 5012  PB 2230370  19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

U.S.M.S. X-RAY

