D.I. # _____

# CIVIL ACTION
# NUMBER: 06cv142 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | 8.45 |

Sent To: LORENSMEYERS DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7005 1820 0004 3169 5964

06-142 GMS

PS Form 3800, June 2002          See Reverse for Instructions