United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-142 GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) R. Minnick   C. Date of Delivery 4-27 |
| 1. Article Addressed to:<br><br>WARDEN RICK KEARNEY<br>SUSSEX CORRECTIONAL INSTITUTE<br>P.O. BOX 500<br>GEORGETOWN, DE 19947<br><br>06-142 GMS | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 5971 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



FILED
APR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned