IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROLAND WILLIAMS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-142-GMS |
| | : | |
| **RICHARD KEARNEY**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

### MOTION FOR EXTENSION OF TIME TO FILE
### CERTIFIED STATE COURT RECORDS

1.    The petitioner, Roland Williams, has applied for federal habeas relief challenging his January 2003 Delaware Superior Court conviction and sentence for delivery of cocaine. D.I. 1. The undersigned filed an answer to the petition on July 5, 2006.

2.    By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.    Due to the large caseload of prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before August 15, 2006.

4. Respondents submit that an extension of time to August 15, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: July 5, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  July 5, 2006

## CERTIFICATE OF SERVICE

  I hereby certify that on July 5, 2006, I electronically filed a motion for extension of time to file state records with the Clerk of Court using CM/ECF. I also hereby certify that on July 5, 2006, I have mailed by United States Postal Service, the same document to the following non-registered participant:

  Roland Williams
  SBI No. 454319
  Sussex Correctional Institution
  P.O. Box 500
  Georgetown, DE 19947

  /s/ Elizabeth R. McFarlan
  Deputy Attorney General
  Department of Justice
  820 N. French Street
  Wilmington, DE 19801
  (302) 577-8500
  Del. Bar. ID No. 3759
  elizabeth.mcfarlan@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROLAND WILLIAMS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-142-GMS |
| | : | |
| **RICHARD KEARNEY**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified copies of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that the certified state court records shall be filed on or before August 15, 2006.

_____
United States District Judge