

06-142 GMS

Honorable Judge Gregory M. Sleet

Enclosed you will find a copy of the Motion that I filed in Superior Court.

Because my Motion was held up due to the Department of Corrections my apeal should be allowed to proceed. The Defendant is handling all legal work on his own. The Defendant is allowed only 2 hours per week in the Law Library. The Courts and State should allow some time for Defendants handling apeals Pro-Se.

Thank you for your time.

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 19 PM 12: 11

Respectfully Submitted
Roland D. Williams

July 12-06

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 19 PM 12: 11

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

ROLAND WILLIAMS, *
*
*
v. * Cr.ID 0101014259
*
STATE OF DELAWARE *
*

MOTION FOR REVIEW OF COMMISSIONER'S REPORT AND RECOMMEDATIC

COMES NOW, the Movant, ROLAND WILLIAMS, pro se, who moves this Honorable Court to grant this motion. In support, the following facts are asserted:

(1.) PURSUANT to the DELAWARE SUPREME COURT ORder dated Sept. 12, 2005 Section 2 petitioner must seek Review of commissioner's ORder before the movant can appeal in the Supreme court.

(2.) movant has very little Knowledge about the law if any. because of a lack of Education. and mental health problem's which enable him to proceed by law accordingly, and ask this honorable court to consider this statement. that have put movant in extreme circumstances.

(3.) Pursuant to title 10 § 512(b)(1999). a petitioner may file a written objection to the commissioner's ORder.

(4.) Commissioner's denial of the movant's motion for Postconviction relief for 61(i)(3) is unfair. because the facts of the above case was the testimony of the State Witnessés, as well as the defendant. and for the commissioner to say movant's allegations are meritless. movant Object to the commissioner's Opinion. And ask that this honorble court review all the fact's that was presented by the movant in movants postconviction Relief

(5.) The movant in the above case claim ineffective assistance of prior counsel for allowing the movant to be prejudiced because of false testimony and denying the movant his constitutional right to face hosile witnessés, also for having certain Knowledge of bias of the assigned prosecutor and did not confront the claim in her motions on two different occasions leading to the defendant's final appeal. also among other issue's that movant Requested for counselor to argue on his final appeal. but counsel refused the movant's request which cause the movant to be procedurally barred.

(6.) Under Federal and State laws as well as the State of Delaware and the United States constitution, a defendant has the right to exhaust all appeal remedies afforded to him by law. to deny the appellant his right to file a post-conviction appeal to the Supreme Court would be a violation of his 14th amendment U.S., to Due process of law.

## CONCLUSION

due to movant's lack of education and ability to proceed by law accordinly I ask this honorable court to grant the movant the right to appeal grounds (1), (2), (4), and (5), of movant's post conviction Relief

ROLAND WILLIAMS, PRO SE
Roland Williams S.B.I. 45431
SUSSEX CORRECTIONAL INST.
P.O. BOX 500
GEORGETOWN, DE 19947

Denied

DATED: 9-23-05

SUPERIOR COURT CRIMINAL DOCKET
( as of 03/21/2006 )



State of Delaware v. ROLAND WILLIAMS DOB: 12/22/1959
State's Atty: JAMES J KRINER , Esq. AKA:
Defense Atty: SANDRA W DEAN , Esq.

Assigned Judge:

Charges:

| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|---|---|---|---|---|---|
| 001 | 0102014259 | IK01030053R1 | PWITDW NSI CS | TG | 01/23/2003 |
| 002 | 0102014259 | IK01030054 | DIST 300' PARK | NOLP | 01/21/2003 |
| 003 | 0102014259 | K01030055 | CONSP 2ND | NOLP | 01/21/2003 |

| No. | Event Date | Event | Judge |
|---|---|---|---|
| 1 | 03/02/2001 | CASE ACCEPTED IN SUPERIOR COURT. ARREST DATE: 02/15/2001 PRELIMINARY HEARING DATE: 03/02/2001 BAIL: HELD ON CASH BAIL 7000.00 100 | |
| 2 | 03/12/2001 | LETTER FROM SANDRA DEAN, ESQ. TO MARTIN O'CONNOR, ESQ. RE: CHAIN OF CUSTODY | |
| 3 | 03/16/2001 | TRANSCRIPT OF PRELIMINARY HEARING FILED. | |
| 4 | 04/02/2001 | INDICTMENT, TRUE BILL FILED. | |
| 5 | 04/12/2001 | ARRAIGNMENT CALENDAR - 10-B BY VIDEO - DEFENDANT WAIVED READING, PLEAD NOT GUILTY, JURY TRIAL DEMANDED | WITHAM WILLIAM L. JR. |
| 6 | 04/24/2001 | CASE REVIEW CALENDAR: SET FOR FINAL CASE REVIEW. FCR - 6/14/01 T - 6/19/01 | WITHAM WILLIAM L. JR. |
| 7 | 05/18/2001 | CONTINUANCE REQUEST FILED BY MARTIN O'CONNOR, ESQ; GRANTED BY JUDGE VAUGHN; POLICE OFFICER ON MILITARY LEAVE; FCR: 6/14/01 TRIAL: 7/16/01 | VAUGHN JAMES T. JR. |
| 8 | 06/14/2001 | FINAL CASE REVIEW: NO PLEA/SET FOR TRIAL 071601. | RIDGELY HENRY DUPONT |
| 9 | 06/18/2001 | MOTION IN LIMINE FILED. (S. DEAN) | |
| 10 | 07/02/2001 | SUBPOENA(S) ISSUED. | |
| 11 | 07/12/2001 | | WITHAM WILLIAM L. JR. |

State of Delaware v. ROLAND WILLIAMS DOB: 12/22/1959
State's Atty: JAMES J KRINER , Esq. AKA:
Defense Atty: SANDRA W DEAN , Esq.

| No. | Event Date | Event | Judge |
|---|---|---|---|
| | | FINAL CASE REVIEW: NO PLEA/SET FOR TRIAL 7/16/01 | |
| 12 | 07/16/2001 | MOTION IN LIMINE FILED. (DEAN) | |
| 13 | 07/16/2001 | TRIAL CALENDAR-CONTINUED. DEFENSE REQUEST. DEFENDANT NEEDS MORE TIME. FCR 07/26/01 TRIAL 07/31/01 | RIDGELY HENRY DUPONT |
| 14 | 07/16/2001 | NOTICE OF SERVICE - DISCOVERY RESPONSE. | |
| 15 | 07/19/2001 | SUBPOENA(S) ISSUED. | |
| 16 | 07/26/2001 | FINAL CASE REVIEW: NO PLEA/SET FOR TRIAL 7/31/01 | WITHAM WILLIAM L. JR. |
| 17 | 07/30/2001 | VOIR DIRE QUESTIONS FILED. | |
| 18 | 07/31/2001 | VOIR DIRE QUESTIONS FILED. (J. KRINER) STATE'S PROPOSED ADDITIONAL VO IR DIRE QUESTIONS. | WITHAM WILLIAM L. JR. |
| 19 | 07/31/2001 | MOTION IN LIMINE DENIED. (S. DEAN) RE: WITNESS, WILLIAM SCOTT. | WITHAM WILLIAM L. JR. |
| 20 | 08/02/2001 | JURY TRIAL HELD 7/31 THRU 8/2/01. JURY FOUND DEFENDANT GUILTY OF COUN T 1, CRA NO. IK01-03-0053, DELIVERY OF A NSII CS. BOND REVOKED. PSI ORDERED. SENTENCING DATE 10/11/01. S/J. KRINER; D/S. DEAN; CR/V. CLI NE; CC/A. DOYLE (7/31) AND RUDIS (8/1 AND 8/2). | WITHAM WILLIAM L. JR. |
| 21 | 10/05/2001 | CONTINUANCE REQUEST FILED BY JAMES KRINER, ESQ.; GRANTED BY JUDGE WITHAM; AWAITING CERTIFIED RECEIPT FROM FLORIDA. CONTINUED TO 11/29/01 . | WITHAM WILLIAM L. JR. |
| 22 | 11/26/2001 | MOTION TO DECLARE DEFENDANT AN HABITUAL OFFENDER FILED BY JAMES KRINER | |
| 23 | 11/26/2001 | ANSWER TO STATE'S MOTION TO DECLARE AN HABITUAL OFFENDER. (S. DEAN) DENIED ON 12/13/01 BY JUDGE WITHAM DURING SENTENCING. DEFENDANT DECLARED AN HABITUAL OFFENDER ACCORDING TO STATUTE. | |
| 24 | 11/29/2001 | SENTENCING CALENDAR - CONTINUED 12/13/01 DEFENDANT'S REQUEST-DEFENDANT NEEDS MORE TIME. | WITHAM WILLIAM L. JR. |
| 25 | 12/13/2001 | SENTENCING CALENDAR: DEFENDANT SENTENCED. | WITHAM WILLIAM L. JR. |
| 26 | 12/13/2001 | MOTION TO DECLARE DEFENDANT AN HABITUAL OFFENDER GRANTED. ANSWER TO STATE'S MOTION TO DECLARE AN HABITUAL OFFENDER DENIED. DEFE | WITHAM WILLIAM L. JR. |

State of Delaware v. ROLAND WILLIAMS DOB: 12/22/1959
State's Atty: JAMES J KRINER , Esq. AKA:
Defense Atty: SANDRA W DEAN , Esq.

| No. | Event Date | Event | Judge |
|---|---|---|---|
| | | NDANT DECLARED AN HABITUAL OFFENDER ACCORDING TO STATUTE. | |
| 27 | 12/14/2001 | LETTER FROM SANDRA DEAN, ESQ. TO JUDGE WITHAM RE: REQUESTING PERMISSION TO COPY PRESENTENCE REPORT- REQUEST DENIED IN OPEN COURT 12/13/01. | |
| 28 | 01/10/2002 | NOTICE OF APPEAL 12, 2002 | |
| 29 | 01/10/2002 | DIRECTIONS TO COURT REPORTER FOR TRANSCRIPT DUE NO LATER THAN 2/18/02. | |
| 30 | 01/14/2002 | LETTER TO JENNIE WASHINGTON, COURT REPORTER FROM LISA SEMANS, SUPREME COURT RE: TRANSCRIPT MUST BE FILED NO LATER THAN 02/18/02 | |
| 31 | 01/16/2002 | NOLLE PROSEQUI FILED BY ATTORNEY GENERAL JAMES KRINER ON IK01-03-0054 AND 0055. | |
| 32 | 02/01/2002 | TRANSCRIPT FILED - TRANSCRIPT OF JURY TRIAL VOLUME A | |
| 33 | 02/05/2002 | LETTER FROM SUPREME COURT STATING RECORD IS DUE NO LATER THAN 2/11/02. | |
| 34 | 02/07/2002 | TRANSCRIPT FILED OF JURY TRIAL VOLUME B | |
| 35 | 02/07/2002 | TRANSCRIPT FILED - TRANSCRIPT OF JURY TRIAL VOLUME C | |
| 36 | 02/07/2002 | TRANSCRIPT FILED- TRANSCRIPT OF MOTION AND SENTENCING | |
| 37 | 02/07/2002 | NOTICE OF SUPERIOR COURT REPORTERS' OFFICE FINAL FORM | |
| 38 | 02/11/2002 | RECORDS SENT TO SUPREME COURT. | |
| 39 | 03/05/2002 | LETTER FROM PARALEGAL OFFICE TO SANDRA DEAN, ESQUIRE RE: ATTACHED IS CORRESPONDENCE REGARDING TRANSCRIPTS THE COURT RECEIVED FROM THE DEFENDANT. | |
| 40 | 05/01/2002 | DEFENDANT'S LETTER FILED. RE:SENTENCE | |
| 41 | 07/25/2002 | MANDATE FILED FROM SUPREME COURT: SUPERIOR COURT JUDGMENT REVERSED. SUPREME COURT CASE NO: 12, 2002 REASON: PROSECUTOR'S REMARKS, CHARACTERIZING THE DEFENDANT IN THIS CASE AS "LYING"...TRIAL JUDGE SHOULD HAVE INTERVENED SUA SPONTE TO ISSUE A CURATIVE INSTRUCTION OR ENTER A MISTRIAL. | |

State of Delaware v. ROLAND WILLIAMS DOB: 12/22/1959
State's Atty: JAMES J KRINER , Esq. AKA:
Defense Atty: SANDRA W DEAN , Esq.

| No. | Event Date | Event | Judge |
|---|---|---|---|
| 42 | 09/24/2002 | CASE REVIEW CALENDAR: SET FOR FINAL CASE REVIEW 11/12 & TRIAL 11/18/02. | RIDGELY HENRY DUPONT |
| 43 | 09/26/2002 | MOTION FOR PSYCHIATRIC EXAM FILED. (S. DEAN) | |
| 44 | 09/30/2002 | ORDER AND MOTION FOR PSYCHIATRIC/PSYCHOLOGICAL EVALUATION FILED. DEFENDANT SHALL UNDERGO A PSYCHIATRIC/PSYCHOLOGICAL EVALUATION BY STAFF AT:DELAWARE PSYCHIATRIC CENTER. REASON:COMPETENCY TO STAND TRIAL, MENTAL STATUS AT THE TIME OF OFFENSE, DETERMINATION OF PSYCHIATRIC TREATMENT NEEDS, COMPETENCY TO ENTER A PLEA. IT IS FURTHER ORDERED THAT THE REQUESTED EVALUATION BE CONDUCTED IMMEDIATELY; AS THE DEFENDANT IS SCHEDULED FOR TRIAL ON 11/18/02. | RIDGELY HENRY DUPONT |
| 45 | 10/04/2002 | LETTER FROM DIANNE STACHOWSKI, DHSS TO JUDGE RIDGELY RE: REPORT DUE DATE BE CONTINUED IN ORDER TO ALLOT ENOUGH TIME TO COMPLETE SAID EVALUATION. THE NEXT AVAILABLE APPOINTMENT IS DECEMBER 5, 2002. APPROVED. | RIDGELY HENRY DUPONT |
| 46 | 10/09/2002 | CONTINUANCE REQUEST FILED BY SANDRA DEAN, ESQ.; GRANTED BY JUDGE WITHAM; PSYCH EVAL; TC: 11/12/02 FCR: 12/11/02 TRIAL: 12/16/02 | WITHAM WILLIAM L. JR. |
| 47 | 11/12/2002 | TRIAL CALENDAR - CONTROL - RESCHEDULED_-DEFENSE REQUEST<br>PSYCHS OUT<br>FCR 1/15/03, T 1/21/03 | VAUGHN JAMES T. JR. |
| 48 | 12/09/2002 | PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)<br>REFERRED TO JUDGE: WITHAM<br>DATE REFERRED:12/09/02<br>CIVIL CASE NO:02M-12-007 | |
| 49 | 12/09/2002 | MOTION FOR DISMISSAL OF COUNSELOR FILED (PRO SE). | |
| 50 | 12/10/2002 | PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)<br>REFERRED TO JUDGE: WITHAM<br>DATE REFERRED: 12/09/02<br>CIVIL CASE NO: 02M-12-007 | |
| 51 | 12/10/2002 | ORDER: THE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED | WITHAM WILLIAM L. JR. |
| 52 | 12/10/2002 | MOTION FOR CHANGE OF VENUE FILED (PRO SE). | |
| 53 | 12/20/2002 | | WITHAM WILLIAM L. JR. |

State of Delaware v. ROLAND WILLIAMS DOB: 12/22/1959
State's Atty: JAMES J KRINER , Esq. AKA:
Defense Atty: SANDRA W DEAN , Esq.

| No. | Event Date | Event | Judge |
|---|---|---|---|
| | | MOTION TO DISMISS DENIED. BAIL: $10,000.00 CASH ONLY. | |
| 54 | 12/20/2002 | MOTION FOR CHANGE OF VENUE DENIED. | WITHAM WILLIAM L. JR. |
| 55 | 12/24/2002 | MOTION TO PROCEED PRO SE FILED. | |
| 56 | 12/24/2002 | LETTER FROM DELAWARE PSYCHIATRIC CENTER RE: MR. WILLIAMS REFUSED TO SPEAK, GOT UP AND LEFT THE INTERVIEW. | |
| 57 | 01/03/2003 | SUBPOENA(S) ISSUED. | |
| 58 | 01/03/2003 | MOTION TO PROCEED PRO SE WITHDRAWN BY DEFENDANT. PSYCHIATRIC ORDER OF 09/30/02 IS REVOKED; APPLICATION FOR PSYCHIATRIC EVALUATION IS DISMISSED WITHOUT PREJUDICE. | WITHAM WILLIAM L. JR. |
| 59 | 01/07/2003 | ORDER TO VACATE PSYCHIATRIC EXAMINATION DATED SEPTEMBER 30, 2002 WAS APPROVED BY JUDGE WITHAM ON 01/07/03. | WITHAM WILLIAM L. JR. |
| 60 | 01/07/2003 | MOTION FOR COURT ORDER CONCERNING ASSIGNMENT OF PROSECUTOR FILED. (S. DEAN) | |
| 61 | 01/10/2003 | MOTION FOR COURT ORDER CONCERNING ASSIGNMENT OF PROSECUTOR. DECISION RESERVED. | WITHAM WILLIAM L. JR. |
| 62 | 01/14/2003 | MOTION FOR COURT ORDER CONCERNING ASSIGNMENT OF PROSECUTOR IS DENIED. | WITHAM WILLIAM L. JR. |
| 63 | 01/15/2003 | FINAL CASE REVIEW: NO PLEA/SET FOR TRIAL 1/21. | WITHAM WILLIAM L. JR. |
| 64 | 01/21/2003 | TRIAL CALENDAR- WENT TO TRIAL, JURY | WITHAM WILLIAM L. JR. |
| 65 | 01/22/2003 | MOTION FOR JURY INSTRUCTIONS FILED. (DEAN) | |
| 66 | 01/23/2003 | JURY TRIAL HELD 1/21 & 1/23/03. JURY FOUND DEFENDANT GUILTY AS CHARGED PSI ORDERED. SENTENCED DATE 3/27/03. S/JAMES KRINER, D/SANDRA DEAN, CR/J WASHINGTON, CC/R MANCHESTER, M SMALL. | WITHAM WILLIAM L. JR. |
| 67 | 01/30/2003 | LETTER FROM SYLVIA FOSTER, MD FORENSIC PSYCHIATRIST TO COURT FILE RE: FORENSIC PSYCHIATRIC EVALUATION | |
| 68 | 02/04/2003 | DOCUMENT(S) FILED REGARDING SUPREME COURT PETITION FOR WRIT OF HABEAS CORPUS. NOW THEREFORE, IT IS ORDERED THAT WILLIAMS PETITION IS HEREBY DISMISSED. | |

State of Delaware v. ROLAND WILLIAMS DOB: 12/22/1959
State's Atty: JAMES J KRINER , Esq. AKA:
Defense Atty: SANDRA W DEAN , Esq.

| No. | Event Date | Event | Judge |
|---|---|---|---|
| 69 | 03/04/2003 | MOTION TO DECLARE DEFENDANT AN HABITUAL OFFENDER FILED. (J. KRINER) | |
| 70 | 03/25/2003 | SENTENCING CALENDAR, SENTENCING CONTINUED 4/30/03. | WITHAM WILLIAM L. JR. |
| 71 | 04/29/2003 | SENTENCING CALENDAR, SENTENCING CONTINUED PER ISO MEMO. | |
| 72 | 05/21/2003 | LETTER FROM JIM SHEPHERD, ISO TO JUDGE WITHAM RE: IT IS RESPECTFULLY RECOMMENDED THAT MR. WILLIAMS' SENTENCING BE CHANGED TO FRIDAY, MAY 23, 2003. APPROVED BY JUDGE WITHAM. | |
| 73 | 05/23/2003 | SENTENCING CALENDAR: DEFENDANT SENTENCED. | WITHAM WILLIAM L. JR. |
| 74 | 06/24/2003 | NOTICE OF APPEAL 309, 2003 | |
| 75 | 06/24/2003 | DIRECTIONS TO COURT REPORTER FOR TRANSCRIPT DUE NO LATER THAN 7/30/03. | |
| 76 | 08/07/2003 | LETTER FROM SUPREME COURT TO JENNIE WASHINGTON RE: TRANSCRIPT DUE NO LATER THAN 9/2/03. | |
| 77 | 09/05/2003 | LETTER FROM JENNIE WASHINGTON, COURT REPORTER TO SUPREME COURT RE: EXTENSION OF TIME TO FILE TRANSCRIPT | |
| 78 | 09/05/2003 | LETTER FROM SUPREME COURT TO JENNIE WASHINGTON, COURT REPORTER RE: REQUEST FOR EXTENSION HAS BEEN GRANTED UNTIL OCTOBER 2, 2003. | |
| 79 | 09/30/2003 | TRANSCRIPT OF TRIAL FILED (VOLUME A) BY COURT REPORTER JENNIE WASHINGTON. | |
| 80 | 09/30/2003 | TRANSCRIPT OF TRIAL FILED (VOLUME B) BY COURT REPORTER JENNIE WASHINGTON. | |
| 81 | 09/30/2003 | TRANSCRIPT OF SENTENCING FILED BY COURT REPORTER JENNIE WASHINGTON. | |
| 82 | 10/02/2003 | LETTER FROM SUPREME COURT STATING RECORD IS DUE NO LATER THAN 10/10/03 | |
| 83 | 10/06/2003 | RECORDS SENT TO SUPREME COURT. | |
| 84 | 06/23/2004 | MANDATE FILED FROM SUPREME COURT: SUPERIOR COURT JUDGMENT AFFIRMED. SUPREME COURT CASE NO:309, 2004 | |
| 85 | 08/10/2004 | DEFENDANT'S REQUEST FOR MOTION FOR POSTCONVICTION RELIEF FORM SENT. | |

State of Delaware v. ROLAND WILLIAMS DOB: 12/22/1959
State's Atty: JAMES J KRINER , Esq. AKA:
Defense Atty: SANDRA W DEAN , Esq.

| No. | Event Date | Event | Judge |
|---|---|---|---|
| 86 | 12/15/2004 | MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE). | |
| 87 | 12/15/2004 | MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE). | |
| 88 | 12/21/2004 | ORDER OF REFERENCE<br>MOTION FOR POSTCONVICTION RELIEF IS REFERRED TO COMMISSIONER ANDREA MAYBEE FREUD FOR PROPOSED FINDINGS AND RECOMMENDATIONS PURSUANT TO 10 DEL.C. SECTION 512(B) AND CRIMINAL RULE 62. | WITHAM WILLIAM L. JR. |
| 89 | 12/21/2004 | ORDER OF BRIEFING<br>1) SANDRA DEAN, ESQUIRE, SHALL FILE AN AFFIDAVIT BY FEBRUARY 4, 2005.<br>2) DEPARTMENT OF JUSTICE SHALL FILE A LEGAL MEMORANDUM BY MARCH 4, 2005.<br>3) REPLY BY MOVANT SHALL BE FILED BY APRIL 5, 2005. | FREUD ANDREA MAYBEE |
| 90 | 01/13/2005 | AFFIDAVIT OF SANDRA DEAN, ESQUIRE, IN RESPONSE TO MOTION FOR POSTCON-VICTION RELIEF. | |
| 91 | 01/26/2005 | LETTER FROM SANDRA DEAN, ESQUIRE, TO COMMISSIONER FREUD<br>RE: EXHIBIT F WAS NOT INCLUDED IN AFFIDAVIT, PLEASE INCORPORATE. | |
| 92 | 02/07/2005 | DEFENDANT'S REPLY BRIEF IN ANSWER TO AFFIDAVIT OF SANDRA DEAN, ESQUIRE FILED (PRO SE). | |
| 93 | 03/09/2005 | EMAIL FILED TO THE COURT FROM JAMES KRINER, ESQUIRE<br>RE: REQUESTING AN ADDITIONAL 30 DAYS TO SUBMIT A RESPONSE TO MOTION FOR POSTCONVICTION RELIEF. APPROVED BY COMMISSIONER FREUD 3/8/2005. PLEASE DRAFT A REVISED BRIEFING SCHEDULE. | |
| 94 | 03/11/2005 | AMENDED ORDER OF BRIEFING<br>THIS 10TH DAY OF MARCH, 2005, IT IS ORDERED THAT:<br>1) DEPARTMENT OF JUSTICE SHALL FILE A LEGAL MEMORANDUM BY APRIL 6, 2005.<br>2) ANY REPLY BY THE MOVANT SHALL BE FILED BY MAY 6, 2005. | FREUD ANDREA MAYBEE |
| 95 | 03/28/2005 | STATE'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR POSTCONVICTION RELIEF FILED (J. KRINER, NEW CASTLE). | |
| 96 | 03/29/2005 | LETTER FROM JAMES KRINER, ESQUIRE, TO COMMISSIONER FREUD<br>RE: ENCLOSING COPY OF STATE'S MEMORANDUM IN OPPOSITION TO MTNPCR. | |

State of Delaware v. ROLAND WILLIAMS DOB: 12/22/1959
State's Atty: JAMES J KRINER , Esq. AKA:
Defense Atty: SANDRA W DEAN , Esq.

| No. | Event Date | Event | Judge |
|---|---|---|---|
| 97 | 05/02/2005 | DEFENDANT'S REPLY BRIEF IN REPLY TO STATE'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE). | |
| 98 | 05/04/2005 | MEMORANDUM FILED FROM PARALEGAL OFFICE TO COMMISSIONER FREUD RE: MOTION FOR POSTCONVICTION RELIEF HAS COMPLETED BRIEFING AND APPEARS READY FOR YOUR HONOR'S REPORT AND RECOMMENDATION. | |
| 99 | 07/12/2005 | COMMISSIONER'S REPORT AND RECOMMENDATIONS FILED UPON DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF PURSUANT TO SUPERIOR COURT CRIMINAL RULE: RECOMMENDATION THAT WILLIAMS' POSTCONVICTION MOTION BE DENIED AS PROCEDURALLY BARRED BY RULE 61(I)(3) FOR FAILURE TO PROVE CAUSE AND PREJUDICE AND RULE 61(I)(2) FOR FAILURE TO HAVE RAISED GROUNDS THREE AND SIX ON DIRECT APPEAL. | FREUD ANDREA MAYBEE |
| 100 | 09/23/2005 | APPEAL FILED FROM COMMISSIONER'S REPORT AND RECOMMENDATION (PRO SE). NOTE: FILED OUT-OF-TIME. PENDING JUDGE WITHAM'S DECISION TO ACCEPT OR DECLINE THIS PLEADING. PER JUDGE WITHAM 11/7/05, THE COURT WILL NOT CONSIDER THIS PLEADING. | |
| 101 | 09/28/2005 | MANDATE FILED FROM SUPREME COURT: APPEAL DISMISSED. SUPREME COURT CASE NO: 341, 2005 SUBMITTED: AUGUST 12, 2005 DECIDED: SEPTEMBER 12, 2005 BEFORE BERGER, JACOBS, AND RIDGELY, JUSTICES | |
| 102 | 11/07/2005 | ORDER: IT IS ORDERED THT THE THOUGHTFUL AND WELL-REASONED COMMISSIONER 'S REPORT AND RECOMMENDATION IS ADOPTED BY THE COURT AND DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF IS DENIED AS PROCEDURALLY BARRED BY RULE 61(I)(3) FOR FAILURE TO PROVED CAUSE AND PREJUDICE AND RULE 61 (I)(2) FOR FAILURE TO HAVE RAISED GROUNDS THREE AND SIX RELATING TO PROSECUTORIAL MISCONDUCT ON DIRECT APPEAL. | WITHAM WILLIAM L. JR. |
| 103 | 03/21/2006 | COPY OF DOCKET REQUESTED AND SENT. | |

*** END OF DOCKET LISTING AS OF 03/21/2006 ***
PRINTED BY: CSCJBE2