IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROLAND WILLIAMS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-142-GMS |
| | : | |
| **RICHARD KEARNEY**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Appellant's Opening Brief & Appendix  (No. 12, 2002)

   b. State's Answering Brief & Appendix (No. 12, 2002)

   c. Supplemental Opening Brief & Appendix (No. 12, 2002)

   d. Supplemental Answering Brief (No. 12, 2002)

   e. Appellant's Opening Brief & Appendix (No. 309, 2003)

   f. State's Answering Brief (No. 309, 2003)

   g. Order (June 4, 2004) (No. 309, 2003)

   h. Order (Sept. 12, 2005) (No. 341, 2005).

    2.  Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 0102014259 has been manually filed with the Court and is available in paper form only.

                                                                     /s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

August 28, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on August 28, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Roland Williams
    SBI No. 454319
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us