7/9/2007

06-142

DEAR; CLERK, OF THE UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE. I WOULD LIKE TO KNOW IF I HAVE AN APPEAL docketed IN THIS COURT? AND IF SO, IF ALLOWED I WOULD LIKE TO KNOW MY docketed NUMBER, AND HEARING DATE. THANKS FOR ANY INFRO. AS WELL AS YOUR TIME.

TRUELY GRATEFUL,

ROLAND WILLIAMS,



FILED
JUL 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

I/M: ROLAND
SUSSEX CORRECTIONAL INSTITUTION SBI #00454319
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1027  U.S. POSTAGE  PB 2230370
7985  $00.80  JUL 10 07
0417           19947

U.S.M.S.
X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
LOCKBOX 18, 844 KING STREET U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801

LEGAL
MAIL