From: Roland Williams SBI.# 454319
Sent: Wednesday, May 7, 2008
To: The Clerk of the United States Court of appeals, for the 3rd Circuit
Subject: Roland Williams V. The State of Delaware

RECEIVED MAY 9 2008 U.S. C.A. 3rd

Clerk: From a final order dated; April 14, 2008. Civ.A.No.06-142-GMS according to the rules of the court, I am to respond with in 30 days to a final order handed down by a lower courts decision unfortunately, I am unable to respond in a thorough and proper manner within my time limit. therefore, I am requesting an additional 30 days to submit a response. the state has no position at this time. Thank you in advance for your consideration of this request.

Respectfully,

Inmate Roland Williams, Sussex Correctional Institution

dated: 5-7-08

## Note

Clerk I am having problems trying to get my mental Health records so that i can prepare my Notice of appeal to the court.

*Roland Lillman*




FROM: Roland Williams    BLDG: MSB A-3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500    SBI # 454319
GEORGETOWN, DELAWARE 19947

RECEIVED
MAY - 9 2008
U.S. C.A. 3rd

Clerk of The United States Court
of Appeals for the Third Circuit
21400 U.S. Courthouse, 601 Market Street
Philadelphia, PA 19106-1790

POSTAGE REQUIRED

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED, OR FOR THE CONTENTS OF THE LETTER.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

May 15, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: Williams v. Kearney
D. Del. No. (06-cv-00142)

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 4/15/08 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was placed in prison mail on 5/7/08 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Chiquita Dyer
Legal Assistant

Enclosure
cc: Roland Williams (w/out enclosure)