1 of 2

RECEIVED
MAY 9 2008
U.S. C.A. 3rd circuit

From: Roland Williams SBI.#454319

Sent: Wednesday, May 7, 2008

To: The Clerk of the United States Court of appeals, for the 3rd circuit

Subject: Roland Williams v. The State of Delaware

Clerk: From a final order dated; April 14, 2008. Civ.A. No. 06-142-Gms according to the rules of the court, I am to respond with in 30 days to a final order handed down by a lower courts decision unfortunately, I am unable to respond in a thorough and proper manner with in my time limit. therefore, I am requesting an additional 30 days to Submit a response, the state has no position at this time. Thank you in advance for your consideration of this request.

Respectfully,

Inmate Roland Williams, Sussex Correctional Institution

dated: 5-7-08

Note

Clerk I am having problems trying to get my mental Health records so that i can prepare my Notice of appeal to the court.

Roland Lullman

FM: Roland Williams  BLDG: MSB A-3

SUSSEX CORRECTIONAL INSTITUTION

P.O. BOX 500   SBI # 454319

GEORGETOWN, DELAWARE 19947




WILMINGTON DE 197

U.S.M.S.
X-RAY

U.S.M.S.
X-RAY

RECEIVED

MAY – 9 2008

U.S. C.A. 3rd

Clerk of The United States Court
of Appeals, for the Third Circuit
21400 U.S. Court house, 601 Market Street
Philadelphia, PA 19106-1790

POSTAGE REQUIRED

THIS LETTER WAS SENT BY AN INMATE WHO
IS IN STATE PRISON. THE STATE IS NOT
RESPONSIBLE FOR DEBTS INCURRED, OR
FOR THE CONTENTS OF THE LETTER.