FPS-362

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-2488

Williams v. DeLoy

To: Clerk

1) Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: June 24, 2008

trj/cc: Mr. Roland Williams
       Elizabeth R. McFarlan, Esq.

A True Copy:

Marcia M. Waldron, Clerk